```
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
      Social Security Administration
      Office of Program Litigation, Office 7
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4853
      Email: paul.sachelari@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SABRINA MCMANIGAL,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:22-cv-06451-AGR<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED: May 23, 2023

                              HON. ALICIA G. ROSENBERG
                              UNITED STATES MAGISTRATE JUDGE