PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
SABRINA LEE MCMANIGAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SABRINA LEE MCMANIGAL<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>　　　　Defendant. | Case No. 2:22-CV-06451-AGR<br><br>[proposed] ORDER FOR AN AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d), 1920<br><br>Judge: Hon. Alicia G. Rosenberg |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. §§ 2412(d), 1920 (EAJA), IT IS ORDERED that attorney fees in the amount of $4,363.78 and costs in the amount of $0.00 be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: August 7, 2023

_Alicia G. Rosenberg_
Alicia G. Rosenberg
United States Magistrate Judge